JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD HENRY GHAEMMAGHAMI, | NO. CV 20-4501-PA(E) |
| Petitioner, | |
| v. | JUDGMENT |
| POLLARD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 6, 2021.

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE